# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES STEWART, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No.  5:13-cv-2334-MHH-TMP |
| | ) |
| KLARA JONES, Warden, and the | ) |
| ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On October 17, 2014, the magistrate judge filed his Report and Recommendation, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed.  (Doc. 10).  On November 3, 2014, petitioner filed objections.  (Doc. 13).  Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation and the objections, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Petitioner's objections are OVERRULED.  Consequently, the petition for writ of *habeas corpus* is due to be DENIED AND DISMISSED WITH PREJUDICE.  A separate final judgment will be entered.

The Clerk is DIRECTED to mail a copy of this Memorandum Opinion to the

petitioner.

    **DONE** and **ORDERED** this November 13, 2014.

                                           **MADELINE HUGHES HAIKALA**
                                           UNITED STATES DISTRICT JUDGE